The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) CHAPTER 7 |
|  | ) |
| MONROE L. BEACHY, | ) CASE NO. 10-62857 |
|  | ) |
| Debtor. | ) JUDGE RUSS KENDIG |
|  | ) |
|  | ) **MEMORANDUM OF OPINION** |
|  | ) **(NOT FOR PUBLICATION)** |

The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and the general order of reference entered in this district on July 16, 1984. This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

This opinion is not intended for publication or citation. The availability of this opinion, in electronic or printed form, is not the result of a direct submission by the Court.

On October 22, 2010, a group of creditors styled as the A&M trustee committee ("committee") filed a motion to file documents with the Court on paper as opposed to uploading them through the Court's electronic court filing system ("ECF"). The motion states that the documents consists of letters from creditors in support of dismissing the case. The letters total 2,320 pages. The motion states that the letters are too voluminous for electronic filing.

Federal Rules of Procedure 5(e) and 83, Federal Rules of Bankruptcy Procedure 5005(a)(2), 9011, 9029 and 9036, and Local Bankruptcy Rules 5005-2(b) and 9037-1 authorize this Court to establish practices and procedures for filing, signing, maintaining and verifying

documents by electronic means. General Order 03-01 at 1. Pursuant to General Order 03-01, most documents must be filed through ECF. The order carves out an exception for "[a]ny document for which prior authorization to file on paper has been obtained from the Court upon motion and order *for good cause shown* . . . ." General Order 03-01 at 2 (emphasis added).

The Court finds that the committee has not shown good cause for electronic filing. The committee can upload all 2,320 pages by dividing a PDF of the documents into smaller files that will be accepted by ECF. Questions regarding the ECF's size limitations should be directed to the Court's ECF helpline at 330-458-2120. Furthermore, paper filing of a record of this size would create an administrative burden on the Court, especially if the creditors' letters are in numerous different formats.

Accordingly, the motion is denied.

An order will issue with this opinion.

\#      \#      \#

Service List:

Monroe L Beachy
3451 Township Rd. 162
Sugarcreek, OH 44681

Anne Piero Silagy, Esq
Canton
220 Market Ave S
#900
Canton, OH 44702

Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Ave.
Suite 441
Cleveland, OH 44114

Peter Morrison
Squire, Sanders and Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Sherri Lynn Dahl
Squire Sanders & Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Bruce R Schrader, II
Roetzel & Andress
222 S Main St
Suite 400
Akron, OH 44308

Maria D. Giannirakis ust06
Office of the US Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East
Suite 441
Cleveland, OH 44114-1240

Michelle L. DiBartolo
One South Main St., 2nd Floor
Akron, OH 44308