IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-62857-RK |
| | ) | |
| BEACHY, MONROE L | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: KENDIG |
| | ) | |
| | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

ANNE PIERO SILAGY, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:
   See attached Exhibit A

2. Your trustee's check for $86,991.32 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: <u>December 16, 2015</u>        /s/ Anne Piero Silagy
                                      ANNE PIERO SILAGY, Trustee
                                      1225 South Main Street
                                      Suite 1
                                      North Canton, OH 44720
                                      (330) 526-8221

cc: United States Trustee

# EXHIBIT A

Leroy G. & Marilyn N. Mast
8192 TR 527
Shreve, OH  44676
Claim No. 00129
Amount:  $2,730.65

Alta Miller
6940 Old Rt. 39 NW
Sugarcreek, OH  44681
Claim No. 00158
Amount:  $5,041.53

Christi Lynn Zook
299 Cedar Hill Rd.
Peach Bottom, PA   17563
Claim No. 00266
Amount:  $1,201.77

Mattie D. Miller
2941 Floyd St.
Sarasota, FL  34239
Claim No. 00300
Amount:  $951.20

Norman N. Miller
1395 CR 600
Baltic, OH  43804
Claim No. 00302
Amount:  $84.28

Eldon P. Steiner
204 Amelia Rd.
New Enterprise, PA   16664
Claim No. 00340
Amount:  $23.80

Joy Elliott
4355 Brookgrove Dr.
Grove City, OH  43123
Claim No. 00421
Amount:  $147.60

Jeffrey Miller
10261 Gerber Valley Rd. NW
Sugarcreek, OH 44681
Claim No. 00462
Amount: $491.39

L. Kaufman
3460 SR 39
Millersburg, OH 44654
Claim No. 00486
Amount: $1,406.71

Edward & Malinda Hershberger
PO Box 303
Baltic, OH 43804
Claim No. 00502
Amount: $1,209.27

James M. Yoder
512 Elm St. NE
Sugarcreek, OH 44682
Claim No. 00517
Amount: $380.70

Twila Sommers
4478 Ridge Road
Baltic, OH 43804
Claim No. 00547
Amount: $1,083.00

Wendell Sommers
4478 Ridge Road
Baltic, OH 43804
Claim No. 00548
Amount: $1,002.35

Teresa Sommers
4478 Ridge Road
Baltic, OH 43804
Claim No. 00586
Amount: $788.54

Monica Miller a/k/a Naude
5967 SR 93 NW
Dundee, OH 44624
Claim No. 00600
Amount: $1,939.14

Twila Miller
4145 TR 162
Sugarcreek, OH 44681
Claim No. 00617
Amount: $69.70

Linda E. Miller
1025 Coleman Ave.
Sarasota, FL 34332
Claim No. 00654
Amount: $354.57

Nathan Luke Troyer
1650 CR 144
Sugarcreek, OH 44681
Claim No. 00655
Amount: $75.84

Melissa Renee Miller
10779 Gerber Valley Road NW
Sugarcreek, OH 44681
Claim No. 00680
Amount: $397.28

Roy P. & Myrna Miller
10779 Gerber Valley Road NW
Sugarcreek, OH 44681
Claim No. 00681
Amount: $1,986.40

Merlin R. Miller
10779 Gerber Valley Road NW
Sugarcreek, OH 44681
Claim No. 00682
Amount: $656.51

Michael & Melissa Hershberger
P.O. Box 152
Sugarcreek, OH 44681
Claim No. 00703
Amount: $432.40

Connor Hershberger
P.O. Box 152
Sugarcreek, OH 44681
Claim No. 00704
Amount: $51.43

Caedon Hershberger
P.O. Box 152
Sugarcreek, OH 44681
Claim No. 00705
Amount: $70.74

Eric Slabach
1332 Township Road 169
Sugarcreek, OH 44681
Claim No. 00733
Amount: $3,447.64

Carrie Yoder
2552 SR 93
Sugarcreek, OH 44681
Claim No. 00738
Amount: $2,412.12

Riley Miller
512 21st Street NW
Canton, OH 44709
Claim No. 00739
Amount: $10.59

Jenson Isaiah Miller
512 21st Street SW
Canton, OH 44709
Claim No. 00740
Amount: $42.97

Pruitt Laci Miller
512 21st Street NW
Canton, OH 44709
Claim No. 00741
Amount: $16.54

Jonathon W. Yoder
10103 Trail Bottom Rd. NW
Dundee, OH 44624
Claim No. 00763
Amount: $784.63

Marianna Barkman
4845 CR 19
Millersburg, OH 44654
Claim No. 00778
Amount: $462.23

Shana Troyer
641 Dutch Valley Dr.
Sugarcreek, OH 44681
Claim No. 00789
Amount: $1,253.62

Leon J. & Lydia L. Nisley
3329 TR 3375
Perrysville, OH 44864
Claim No. 00834
Amount: $2,768.44

Michael Yoder
573 Sinking Creek Rd.
Spring Mills, PA 16875
Claim No. 00839
Amount: $3,068.98

Jeremy Yoder
6011 TR 501
Big Prairie, OH 44611
Claim No. 00849
Amount: $516.74

JR Stoltzfus
8415 Knox School Road
Minerva, OH 44657
Claim No. 00894
Amount: $1,561.14

Regan Laqurius Miller
2702 TR 444
Sugarcreek, OH 44681
Claim No. 00898
Amount: $30.78

Robert & Laura Burkholder
9700 Copperhead Road NW
Sugarcreek, OH 44681
Claim No. 00921
Amount: $73.97

Abe & Katie Troyer
4633 Winkle Pleck Rd. NW
Sugarcreek, OH 44681
Claim No. 00934
Amount: $2,002.98

Christena Yoder
33217 ST RTE 206
Brinkhaven, OH 43006
Claim No. 00949
Amount: $100.52

Marcus Yoder
33217 SR 206
Brinkhaven, OH 43006
Claim No. 00952
Amount: $22.44

Samuel Yoder
33217 SR 206
Brinkhaven, OH 43006
Claim No. 00954
Amount: $45.80

Debra Lapp
22143 McCoy Road
Quaker City, OH 43773
Claim No. 01024
Amount: $634.62

Yoder Electric LLC
17201 Keller Rd.
Butler, OH 44822
Claim No. 01032
Amount: $4,966.01

Philip Yoder
17201 Keller Rd.
Butler, OH 44822
Claim No. 01033
Amount: $342.81

Norman & Ada Miller
2350 SR 179
Loudonville, OH 44842
Claim No. 01060
Amount: $718.79

Susie H. Weaver
6755 SR 515
Dundee, OH 44624
Claim No. 01119
Amount: $128.10

Norman E. Joanna Faye Yoder
10394 Copperhead Rd. NW
Sugarcreek, OH 44681
Claim No. 01168
Amount: $4,527.57

Rachel Miller
2021 Pleasant Valley Rd. SW
Sugarcreek, OH 44681
Claim No. 01219
Amount: $64.56

Eli Jr. & Arie Mast
2310 TR 444
Sugarcreek, OH 44681
Claim No. 01233
Amount: $689.25

Darryl Mast
10588 Winesburg Road
Dundee, OH 44624
Claim No. 01246
Amount: $225.21

Kendal Mast
PO Box 133
Brooksville, MS 39739
Claim No. 01247
Amount: $73.75

Jacquelyn Ruth Miller
3209 CR 160
Millersburg, OH 44654
Claim No. 01262
Amount: $96.94

Patrick Scott Miller
3209 CR 160
Millersburg, OH 44654
Claim No. 01263
Amount: $101.71

Richard & Regina Ropp
209 Ragersville Rd.
Sugarcreek, OH 44681
Claim No. 01306
Amount: $183.60

Raquel A. Ropp
209 Ragersville Rd.
Sugarcreek, OH 44681
Claim No. 01307
Amount: $967.99

Renae Ropp
209 Ragersville Rd.
Sugarcreek, OH 44681
Claim No. 01308
Amount: $466.38

Stephen & Angela Faith Peachey
2929 Buck Shoals Rd.
Hamptonville, NC 27020
Claim No. 01312
Amount: $2,260.07

Trinity Christian Fellowship
5452 TR 377
Millersburg, OH 44654
Claim No. 01325
Amount: $603.40

Living Waters Fellowship
c/o Joel Miller
8887 Barrs Mills Road NW
Sugarcreek, OH 44681
Claim No. 01339
Amount: $2,211.57

Lynnette Faith Gingerich
2091 Zimmerman Rd.
Greenfield, OH 45123
Claim No. 01386
Amount: $200.61

Sarita J. Gingerich
2091 Zimmerman Rd.
Greenfield, OH 45123
Claim No. 01387
Amount: $395.92

Joshua C. Gingerich
2091 Zimmerman Rd.
Greenfield, OH 45123
Claim No. 01388
Amount: $2,418.85

Caleb Gingerich
2091 Zimmerman Rd.
Greenfield, OH 45123
Claim No. 01389
Amount: $4,427.78

Kendall Yoder
3197 SR 93
Sugarcreek, OH 44681
Claim No. 01459
Amount: $242.23

Steven Yoder
6940 Old Route 39 NW
Sugarcreek, OH 44681
Claim No. 01551
Amount: $1,083.28

Yves & Pamela Carrenard
1931 Lyons Rd.
Apt. 107
Coconut Creek, FL 33063
Claim No. 01553
Amount: $767.99

Faith Mission Fellowship
128 Emanuel Ln.
Standardsville, VA 22973
Claim No. 01558
Amount: $2,113.99

Maria R. Troyer
4278 TR 420
Sugarcreek, OH 44681
Claim No. 01564
Amount: $223.28

Kristine Yoder
3548 TR 162
Sugarcreek, OH 44681
Claim No. 01570
Amount: $21.25

Dan S. Miller
9973 Walker Rd. RR4
Aylmer, ON  523
Claim No. 01672
Amount:  $2,413.91

Debra Lynette Miller
3197 TR 166
Sugarcreek, OH  44681
Claim No. 01681
Amount:  $25.05

Anna Lisa Miller
3197 TR 166
Sugarcreek, OH  44681
Claim No. 01682
Amount:  $25.05

Sara Denise Miller
3197 TR 166
Sugarcreek, OH  44681
Claim No. 01683
Amount:  $20.34

Melissa Miller
25433 SR 206
Walhonding, OH  43843
Claim No. 01711
Amount:  $840.18

Melissa Steiner
26499 HWY 408
Cambridge Springs, PA  16403
Claim No. 01721
Amount:  $22.25

Spencer Troyer
11861 Mt. Vernon Rd.
Utica, OH  43080
Claim No. 01724
Amount:  $10.33

Margaret Shrock
241 Elly Road
Aroda, VA  22709
Claim No. 01728
Amount:  $297.96

Joel Glen Miller
2416 Custis Rd.
Arlington, VA 22201
Claim No. 01738
Amount: $99.31

Eli & Amanda Weaver
39705 W Captina
Barnesville, OH 43713
Claim No. 01770
Amount: $232.99

Tresa Martin
5469 Herndon Rd.
Waynesboro, GA 30830
Claim No. 01785
Amount: $139.05

Laura Abigail Miller
4465 CR 213
Marengo, OH 43334
Claim No. 01787
Amount: $14.82

Paul Sommers
4478 Ridge Road
Baltic, OH 43804
Claim No. 01898
Amount: $101.94

Martha Mary Coletti
104 Skyview Drive
Galax, VA 24333
Claim No. 01958
Amount: $2,497.88

Mary Coletti
104 Skyview Drive
Galax, VA 24333
Claim No. 01959
Amount: $2,416.46

The Glick Family Trust
c/o James & Ruth Glick
10826 Dover Rd.
Apple Creek, OH 44606
Claim No. 02029
Amount: $2,085.91

Jeanine J. Wood
P.O. Box 337
Sugarcreek, OH  44681
Claim No. 02049
Amount:  $774.81

Quinten John Coblentz
PO Box 391
Hartville, OH  44632
Claim No.  02102
Amount: $517.32

Samuel P. & Lori Coblentz
PO Box 391
Hartville, OH  44632
Claim No.  02103
Amount: $355.68

Camden Michael Coblentz
PO Box 391
Hartville, OH  44632
Claim No.  02104
Amount: $172.76

Morgan Coblentz
PO Box 391
Hartville, OH  44632
Claim No.  02105
Amount: $117.84

Michael M. Miller
PO Box 203
Wilmet, OH  44689
Claim No. 02130
Amount:  $269.13

Edward I. Miller
20460 Nunda Rd.
Butler, OH  44822
Claim No. 02145
Amount:  $24.83

Mose & Katie Wengard
2554 CR 168
Dundee, OH  44624
Claim No. 02162
Amount:  $1,029.65

Chadwick Scott Miller
6117 SR 39
Millersburg, OH 44654
Claim No. 02189
Amount: $129.43