UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

Notice of Filing Deficiency RE: Petition For Payment of Unclaimed Funds

To: **DWIGHT MAST, STATUTORY AGENT**

In Re: **MONROE BEACHY**            Case No: **10-62857**

UNDER BANKRUPTCY RULE 5005, THE ORIGINAL OF THE ATTACHED DOCUMENT HAS BEEN ACCEPTED FOR FILING. HOWEVER, IT DOES NOT COMPLY WITH LOCAL BANKRUPTCY RULE 3011-1 (COPY ENCLOSED) AND FURTHER ACTION IS REQUIRED ON THE ITEMS MARKED WITH AN "X" BELOW.

____ The current version of the local Petition For Unclaimed Funds form must be used, and any deviation from the standardized form must be explained in bold-faced type.

**_X_** **THE CLAIMANT'S NAME, LIVING WATERS FELLOWSHIP AND THEIR TAX ID NUMBER ARE REQUIRED ON EXHIBIT A.**

____ Original signature of Claimant or Authorized Representative of Claimant must be supplied and notarized.

____ Signature and address of Petitioner must be supplied.

____ Notarized Power Of Attorney must be appended.

____ Proof(s) of identity must be submitted and/or docketed as a private event.

____ Copy of court order depositing the funds into Treasury as unclaimed, or the receipt to the trustee and list of parties entitled to the unclaimed funds, or a copy of the Unclaimed Funds search web page must be appended.

____ Other:

**THIS DOCUMENT MUST BE CORRECTED WITHIN 10 DAYS FROM THE DATE OF THIS NOTICE OR THE PETITION WILL NOT BE PROCESSED ANY FURTHER.**
   **\*\*\*Please return a copy of this notice with your correction for verification of compliance.\*\*\***

I certify that this notice and a copy of the attached document were returned to **DWIGHT MAST, STATUTORY AGENT** via U.S.P.S. First Class Mail and/or the Court's e-mail system.

**Date of Notice: March 14, 2016**                         /s/Diane Haidet
                                                                                           Deputy Clerk

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. |
| | ) | |
| | ) | Chapter |
| | ) | |
| | ) | Judge |
| Debtors | ) | |

Claimant's name is _____.

Claimant's Tax ID/ Social Security Number is _____.

- ■ If Petitioner is the Claimant or an Authorized Representative of the Claimant, check this box ☐ and attach proof of identity* of the Claimant or the Authorized Representative of the Claimant, whichever is applicable, to Exhibit A.

- ■ If Claimant is a Successor Business Claimant, check this box ☐ and attach proof of identity* of the owner of record to Exhibit A.

- ■ If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☐ and attach proof of identity* of the owner of record, and proof of identity of the Successor Claimant, to Exhibit A.

- ■ If the owner of record is deceased and Claimant is the decedent's estate, check this box ☐ and attach proof of identity* of the owner of record, and proof of personal identity of the estate administrator, to Exhibit A.

\* Proof of identity includes a copy of either the current driver's license, government ID card, passport, or state-issued ID card of the appropriate person.